**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

ENRIQUE DAVALOS MARRERO,

Petitioner,

v. No. 2:26-cv-1863 KG-JHR

FNU LNU, *et al.*,

Defendants.

**ORDER ADOPTING PROPOSED FINDINGS AND RECOMMENDED DISPOSITION**

THIS MATTER is before the Court on United States Magistrate Judge Jerry H. Ritter's October 15, 2026, Proposed Findings and Recommended Disposition ("PFRD"), in which Magistrate Judge Ritter recommended the Court grant in part Petitioner's Petition, Doc. 1, as to his claim of a violation of § 1231 and order Petitioner's immediate release from custody under supervision. Doc. 13 at 14. In addition, Judge Ritter recommended the Court deny Petitioner's Emergency Motion for Immediate Release from Immigration Detention, Doc. 12, as moot. Doc. 13 at 14.

The PFRD notified the parties of their ability to file objections within fourteen (14) days. *Id.* The Respondents filed a notice that they had no objections to the PFRD, Doc. 15, and Petitioner did not file any objections. Having reviewed the PFRD pursuant to Fed. R. Civ. P. 72(b)(3) and noting that the parties have filed no objections to it, the Court concurs with the PFRD and will adopt it.[1]

**IT IS THEREFORE ORDERED** that

(1) the PFRD [Doc. 13] is **ADOPTED** and

(2) Respondents **SHALL** release Petitioner from custody within forty-eight (48) hours of

[1] "A party's objections to [a PFRD] must be both timely anAd specific to preserve an issue for de novo review by the district court or for appellate review." *U.S. v. One Parcel of Real Prop.*, 73 F.3d 1057, 1060 (10th Cir. 1996). The parties' failure to timely object to the PFRD thus waives appellate review of both factual and legal questions. *In re Key Energy Res. Inc.*, 230 F.3d 1197, 1199–1200 (10th Cir. 2000); *One Parcel of Real Prop.*, 73 F.3d at 1059.

this Order. The Government shall not impose any new conditions of release.

(3) Respondents **SHALL** file a status report within ten (10) business days certifying compliance with this Order.

(4) Respondents are **ENJOINED** from re-detaining Petitioner absent a showing that his removal is reasonably foreseeable—such as communications from foreign governments and the Government's anticipated timeline.

(5) Petitioner's "Emergency Motion for Immediate Release from Immigration Detention" [Doc. 12] is **DENIED** as moot.

**IT IS SO ORDERED**.

/s/Kenneth J. Gonzales
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.